B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Brown, Ronnie, Wayne | **Name of Joint Debtor** (Spouse) (Last, First, Middle):<br>n/a |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Ronnie W. Brown, Ronnie Brown | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>n/a |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>XXX-XX-4869 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>n/a |
| Street Address of Debtor (No. and Street, City, and State):<br>4060 West 115th Street, Apt. 303<br>Chicago, IL<br>ZIP CODE 60655 | Street Address of Joint Debtor (No. and Street, City, and State):<br>n/a<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business:<br>n/a |
| Mailing Address of Debtor (if different from street address):<br>4060 West 115th Street, Apt. 303<br>Chicago, IL<br>ZIP CODE 60655 | Mailing Address of Joint Debtor (if different from street address):<br>n/a<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>4060 West 115th Street, Apt. 303 Chicago, IL　ZIP CODE 60655 | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☒ Chapter 7　☐ Chapter 15 Petition for<br>☐ Chapter 9　　Recognition of a Foreign<br>☐ Chapter 11　 Main Proceeding<br>☐ Chapter 12　☐ Chapter 15 Petition for<br>☐ Chapter 13　　Recognition of a Foreign<br>　　　　　　　　Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."　☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☒ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>-------------------------------------------------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | FILED<br>JAN 27 2009<br>KENNETH S. GARDNER, CLERK<br>U S REP, ABM<br>UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS |

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Ronnie Brown |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: n/a | Case Number: n/a | Date Filed: n/a |
|---|---|---|
| Location Where Filed: n/a | Case Number: n/a | Date Filed: n/a |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: n/a | Case Number: n/a | Date Filed: n/a |
|---|---|---|
| District: Northern District of Illinois | Relationship: n/a | Judge: n/a |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)    (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form) 1 (1/08) — Page 3

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Ronnie Brown |
|---|---|

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Ronnie Brown*
Signature of Debtor

X _____
Signature of Joint Debtor

(773) 814-7820
Telephone Number (if not represented by attorney)

1/27/2009
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Ronnie Brown*
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

1-27-09
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

In re  Ronnie Brown                                    Case No. _____
            Debtor                                              *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☒ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/08) – Cont.                                                                Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: *Ronnie Brown*
Date: 1-27-09

B6I (Official Form 6I) (12/07)

In re ___Ronnie Brown_____,                    Case No. _____
              Debtor                                          (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Single | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): n/a | AGE(S): n/a |
| **Employment:** | **DEBTOR** | **SPOUSE** |
| Occupation | Contract Customer Service Rep | n/a |
| Name of Employer | People Link | n/a |
| How long employed | 2 mos | n/a |
| Address of Employer | 3800 Golf Road, Rolling Meadows, IL 60008 | n/a |

|  | DEBTOR | SPOUSE |
|---|---|---|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 2,490.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 2,490.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 578.68 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): n/a | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 578.68 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 1,911.32 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): n/a | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): n/a | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 0.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 1,911.32 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    n/a

In re  Ronnie Brown  ,  Case No. _____
         Debtor                                              (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 750.00 |
|    a. Are real estate taxes included?   Yes ✓   No ___ | |
|    b. Is property insurance included?   Yes ✓   No ___ | |
| 2. Utilities:  a. Electricity and heating fuel | $ 195.00 |
|       b. Water and sewer | $ 0.00 |
|       c. Telephone | $ 150.00 |
|       d. Other  n/a | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 350.00 |
| 5. Clothing | $ 0.00 |
| 6. Laundry and dry cleaning | $ 0.00 |
| 7. Medical and dental expenses | $ 0.00 |
| 8. Transportation (not including car payments) | $ 325.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ 0.00 |
|    b. Life | $ 0.00 |
|    c. Health | $ 0.00 |
|    d. Auto | $ 85.00 |
|    e. Other  n/a | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify)  n/a | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 0.00 |
|    b. Other  n/a | $ 0.00 |
|    c. Other  n/a | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other  n/a | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 1,855.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

n/a

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ 1,911.32 |
| b. Average monthly expenses from Line 18 above | $ 1,855.00 |
| c. Monthly net income (a. minus b.) | $ 56.32 |

# CREDITOR MATRIX SCHEDULE

Ronnie Brown  
XXX-XX-4869

Page 1 of 3

**LVNV FUNDING LLC**  
PO Box 740281  
Houston, TX 77274

**MARIN COLLECTION**  
PO Box 740281  
Houston, TX 77274

**CAPITAL ONE**  
PO Box 30281  
Salt Lake City, UT 84130

**CREDIT ONE BANK**  
PO Box 98873  
Las Vegas, NV 89193

**AMER COLL CO**  
919 W Estes  
Schaumburg, IL 60193

**LASALLE BANK**  
919 W Estes  
Schaumburg, IL 60193

**JEFFCAPSYS**  
16 McLeland Road  
ST Cloud, MN 56303

**TRIBUTE MASTERCARD**  
16 McLeland Road  
ST Cloud, MN 56303

**RMI/MCSI**  
3348 Ridge Road  
Lansing, IL 60438

**VILLAGE OF JUSTICE**  
7800 S. Archer Road  
Justice, IL 60458

Page 1 of 3

# CREDITOR MATRIX SCHEDULE

Ronnie Brown  
XXX-XX-4869

Page 2 of 3

**VILLAGE OF WILLOW SPRINGS**  
8156 Archer Ave  
Willow Springs, IL 60480

**JEFFERSON CAPITAL LLC**  
16 McLeland Road  
ST Cloud, MN 56303

**JEFFERSON CAPITAL SY**  
16 McLeland Road  
ST Cloud, MN 56303

**NCA**  
327 W 4th Drive  
PO Box 550  
Hutchinson, KS 67501

**LEADING EDGE**  
8550 W. Bryn Mawr  
Chicago, IL 60631

**DIVERSIFIED**  
10550 Derwood Park Suite 309  
Jacksonville, FL 32256

**RENTDEBT AUTOMATED COLLECT**  
2285 Murfreesboro Pike  
Nashville, TN 37217

**COM ED**  
Commonwealth Edison  
Chicago, IL 60668

**ASSOCIATES DEBT COLLECTIONS**  
415 N Lasalle Dr  
Suite 402  
Chicago, IL 60654

# CREDITOR MATRIX SCHEDULE

Ronnie Brown  
XXX-XX-4869

Page 3 of 3

# CREDITOR MATRIX SCHEDULE

Ronnie Brown  
XXX-XX-4869

Page 3 of 3

**STEVEN D GERTLER**  
415 N Lasalle Dr  
Suite 402  
Chicago, IL 60654

**STATE FARM**  
P.O Box 1238  
Bloomington, IL 61702

**CHASE BANK**  
P.O Box 182223  
Columbus, Ohio 43218

**BANK ONE**  
P.O Box 182223  
Columbus, Ohio 43218

**TMOBILE**  
P.O Box 742596  
Cinncinati, Ohio 45274

**MUNICIPAL COLLECTION SERVICES**  
P.O Box 666  
Lansing IL 60438

**BRIDGEVIEW COURTHOUSE**  
10222 S 76th Ave  
Bridgeview, IL 60455

**VILLAGE OF LA GRANGE PARK**  
447 N Catherine Ave  
La Grange Park, IL 60526

# SCHEDULE OF CREDITORS

Ronnie Brown  
XXX-XX-4869

Page 1 of 4

**LVNV FUNDING LLC**  
Acct No: 444796214199XXXX  
PO Box 740281  
Houston, TX 77274

**MARIN COLLECTION**  
Acct No: 444796214199XXXX  
PO Box 740281  
Houston, TX 77274

**CAPITAL ONE**  
Acct No: 48623624XXXX  
PO Box 30281  
Salt Lake City, UT 84130

**CREDIT ONE BANK**  
Acct No: 444796214199XXXX  
PO Box 98873  
Las Vegas, NV 89193

**AMER COLL CO**  
Acct No: 74XXXX  
919 W Estes  
Schaumburg, IL 60193

**LASALLE BANK**  
Acct No: 74XXXX  
919 W Estes  
Schaumburg, IL 60193

**JEFFCAPSYS**  
Acct No: 263964090XXXX  
16 McLeland Road  
ST Cloud, MN 56303

**TRIBUTE MASTERCARD**  
Acct No: 263964090XXXX  
16 McLeland Road  
ST Cloud, MN 56303

# SCHEDULE OF CREDITORS

Ronnie Brown  
XXX-XX-4869

Page 2 of 4

**RMI/MCSI**  
Acct No: 22XXXX  
3348 Ridge Road  
Lansing, IL 60438

**VILLAGE OF JUSTICE**  
Acct No: XXX-XX-4869  
7800 S. Archer Road  
Justice, IL 60458

**VILLAGE OF WILLOW SPRINGS**  
Acct No: XXX-XX-4869  
8156 Archer Ave  
Willow Springs, IL 60480

**JEFFERSON CAPITAL LLC**  
Acct No: 263964XXXX  
16 McLeland Road  
ST Cloud, MN 56303

**JEFFERSON CAPITAL SY**  
Acct No: 263964XXXX  
16 McLeland Road  
ST Cloud, MN 56303

**NCA**  
Acct No: XXX-XX-4869  
327 W 4th Drive  
PO Box 550  
Hutchinson, KS 67501

**LEADING EDGE**  
Acct No: XXX-XX-4869  
8550 W. Bryn Mawr  
Chicago, IL 60631

**DIVERSIFIED**  
Acct No: XXX-XX-4869  
10550 Derwood Park Suite 309  
Jacksonville, FL 32256

# SCHEDULE OF CREDITORS

Ronnie Brown  
XXX-XX-4869

Page 3 of 4

**RENTDEBT AUTOMATED COLLECT**  
Acct No: RD20XXXX  
2285 Murfreesboro Pike  
Nashville, TN 37217

**COM ED**  
Acct No: 7615007083  
Commonwealth Edison  
Chicago, IL 60668

**ASSOCIATES DEBT COLLECTIONS**  
Acct No: 08-2455-0/13-2295-091  
415 N Lasalle Dr  
Suite 402  
Chicago, IL 60654

**STEVEN D GERTLER**  
Acct No: 08-2455-0/13-2295-091  
415 N Lasalle Dr  
Suite 402  
Chicago, IL 60654

**STATE FARM**  
Acct No: 08-2455-0/13-2295-091  
P.O Box 1238  
Bloomington, IL 61702

**CHASE BANK**  
Acct No: 111001110602007387  
P.O Box 182223  
Columbus, Ohio 43218

**BANK ONE**  
Acct No: 111001110602007387  
P.O Box 182223  
Columbus, Ohio 43218

**TMOBILE**  
Acct No: 453619608  
P.O Box 742596  
Cinncinati, Ohio 45274

## SCHEDULE OF CREDITORS

<u>Ronnie Brown</u>  
XXX-XX-4869

Page 4 of 4

**MUNICIPAL COLLECTION SERVICES**
Acct No: XXX-XX-4869
P.O Box 666
Lansing IL 60438

**BRIDGEVIEW COURTHOUSE**
Acct No: XXX-XX-4869
10222 S 76th Ave
Bridgeview, IL 60455

**VILLAGE OF LA GRANGE PARK**
Acct No: C0030035
447 N Catherine Ave
La Grange Park, IL 60526